# Order

Michigan Supreme Court
Lansing, Michigan

May 30, 2007

Clifford W. Taylor,
Chief Justice

133229

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SYBIL JAQUES,
          Plaintiff-Appellant,

v

SC: 133229
COA: 270715
Wayne CC: 04-436600-CK

HENRY BASKIN and THE BASKIN LAW
FIRM, P.C., f/k/a HENRY BASKIN, P.C.,
          Defendants-Appellees.

_____/

On order of the Court, the application for leave to appeal the January 9, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 30, 2007

Clerk

t0521